

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| VALLEY FORGE, INC., | § | No. 08-24-00345-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No 3 |
| CK CONSTRUCTION, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV3705) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 25th day of April 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.